1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT CAPSHAW, et al.,               No. CIV S-09-1528-LKK-CMK

12            Plaintiff,

13      vs.                               ORDER

14   BUTTE COMMUNITY BANK,

15            Defendant.

16   _____/

17            Plaintiffs, proceeding pro se, bring this civil action pursuant 15 U.S.C. § 1601, et.

18   seq.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of

19   California local rules.

20            On June 11, 2009, the Magistrate Judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that the parties may file

22   objections within a specified time.  No objections to the findings and recommendations have

23   been filed.

24            The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the Magistrate Judge's analysis.  The magistrate applied

26   the "sliding scale" approach to motions seeking preliminary injunctions.  This approach was

                                         1

limited by the Supreme Court's recent decision in <u>Winter v. Natural Res. Def. Council, Inc.</u>, ___ U.S. ___, 129 S. Ct. 365, 374 (2008).  However, the magistrate's analysis, which concluded that plaintiffs had not made a showing of irreparable injury entitling them to a preliminary injunction, is consistent with the Supreme Court's analysis in <u>Winter</u>.

Accordingly, IT IS HEREBY ORDERED that:

1.   The findings and recommendations filed June 11, 2009, are adopted in full; and

2.   Plaintiffs' request for a "temporary injunction" is denied without prejudice.

DATED: August 6, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT