IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAPSHAW, et al., | No. CIV S-09-1528-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| BUTTE COMMUNITY BANK, | |
| Defendant. | |
| _____/ | |

      Plaintiffs bring this civil action pursuant 15 U.S.C. § 1601, et. seq. Pending before the court is Plaintiffs' request for substitution of attorney (Doc. 9).

      Plaintiffs have requested the court approve a substitution or attorney so that they may proceed in this case represented by counsel: Trump, Alioto, Trump & Prescott. This request will be granted. As such, this case is no longer a pro se civil action. The Clerk of the Court will be directed to update the docket accordingly. Pursuant to Local Rule 72-302(c)(21), this matter is no longer properly referred to the undersigned for all proceedings, and shall be referred back to the assigned District Judge.

      In addition, this case is currently set for an initial scheduling conference on November 19, 2009, before the undersigned. This scheduling conference will be vacated. By

separate order, this case will be set for a status conference before the assigned District Judge at a later date.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiffs' request for substitution of attorney (Doc. 9) is granted;

        2.    The Clerk of the Court is directed to update the docket to reflect the appearance of counsel for the plaintiffs and remove the pro se status flag;

        3.    The initial scheduling conference set for November 19, 2009, before the undersigned is vacated; and

        4.    This matter is referred back to the assigned District Judge pursuant to Local Rule 72-302(c)(21).

DATED: November 17, 2009

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE