```
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
Bruce D.M. Prescott, Esq.    (CSB#120890)
Daphne C. Lin, Esq.          (CSB#193214)
2201 Walnut Avenue, Suite 200
Fremont, California 94538
Telephone:    (510) 790-0900
Facsimile:    (510) 790-4856
```

Attorneys for Plaintiffs
Robert and Deborah Capshaw

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AND DEBORAH CAPSHAW, ) | Case No. CIV S-09-1528-LKK-CMK |
| Plaintiffs, ) | |
| ) | **STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| BUTTE COMMUNITY BANK, et al. ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between Andrew J. Morrissey, Esq. of Leland, Schultz & Morrissey, LLP, attorneys for defendant Butte Community Bank, and Bruce D.M. Prescott, Esq. of Trump, Alioto, Trump & Prescott, LLP., attorneys for plaintiffs Robert and Deborah Capshaw ("Plaintiffs") that Plaintiffs be allowed to file the First Amended Complaint, attached hereto as Exhibit "A", without a hearing as provided by Federal Rules of Civil Procedure §15.

Dated: November 13, 2009               LELAND, SCHULTZ & MORRISSEY, LLP


                                       By:_____/s/_____
                                           Andrew J. Morrissey, Esq.
                                           Attorneys for Defendant
                                           Butte Community Bank

---

STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
1

| | | |
|---|---|---|
| 1 | Dated: November 11, 2009 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP. |

By: _____/s/_____
Bruce D.M. Prescott, Esq.
Daphne C. Lin, Esq.
Attorneys for Plaintiffs
Robert and Deborah Capshaw

IT IS HEREBY ORDERED that leave is granted for plaintiffs Robert and Deborah Capshaw to file their First Amended Complaint and that said First Amended Complaint, attached as Exhibit "A" hereto, be deemed filed as of the date of the signing of this Order.

Dated: January 8, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT