UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT AND DEBORAH CAPSHAW,

        Plaintiffs,

    v.

BUTTE COMMUNITY BANK, et al.,

        Defendants.

                                           NO. CIV. S-09-1528 LKK/CMK

O R D E R

    A status conference was held in chambers on February 1, 2010. After hearing, the court orders as follows:

    1.   A further status conference is set for April 12, 2010 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: February 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1