UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT AND DEBORAH CAPSHAW,

        Plaintiffs,

    v.

BUTTE COMMUNITY BANK, et al.,

        Defendants.
_____/

NO. CIV. S-09-1528 LKK/CMK

O R D E R

On April 6, 2010, the court granted plaintiffs' counsel's motion to withdraw (Dkt. No. 27). Plaintiffs SHALL, within 30 days of the date of this order, either substitute new counsel or inform the court whether plaintiffs intend to proceed in pro per. The status conference presently set for April 12, 2010 is CONTINUED to June 7, 2010 at 2:30 p.m.

    IT IS SO ORDERED.

    DATED: April 7, 2010.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

1