UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT AND DEBORAH CAPSHAW,

        Plaintiffs,

    v.

BUTTE COMMUNITY BANK, et al.,

        Defendants.
_____/

NO. CIV. S-09-1528 LKK/CMK

O R D E R

This case is currently scheduled for a status conference on Monday, June 7, 2010 at 2:30 p.m. The parties have requested a continuance because plaintiffs are in bankruptcy proceedings. Accordingly, the court VACATES the status conference. The conference is rescheduled for November 15, 2010 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: June 3, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1