Andrew J. Morrissey, Esq. (SBN 156827)
Sara M. Knowles, Esq. (SBN 216139)
**Leland, Schultz & Morrissey** LLP
1660 Humboldt Road, Suite 6
Chico, CA  95928
Telephone:  (530) 342-4500
Facsimile:   (530) 345-6836

Attorney for Defendant Butte Community Bank

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT and DEBORAH CAPSHAW, | CASE NO.: 2:09-CV-01528-LKK-CMK |
| Plaintiffs, | **ORDER** |
| v. | |
| BUTTE COMMUNITY BANK, | |
| Defendant. | |

Having considered the Stipulation of John Reger, Bankruptcy Trustee and Real Party in Interest as well as Rabobank, Real Party in Interest for Butte Community Bank,

IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice.

Dated:  September 27, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER